[No. 12321–5–II.   Division Two.   August 15, 1991.]

MARY E. HARRIS, ET AL, *Respondents,* v. SKI PARK FARMS, INC., *Appellant.*

The opinion in the above captioned case which appeared in the advance sheets at 60 Wn. App. 604–10 has not been published in this permanent bound volume pursuant to an order of the Court of Appeals dated August 15, 1991,

directing that the opinion be withdrawn. A new opinion in the above captioned case was filed August 15, 1991, and is reported in 62 Washington Appellate Reports.